IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE | *Case No. 05-74200 |
| | *Adv. Case No. |
| Andrew S. Vanderpool | * |
| and | *Judge Richard L. Speer |
| Stacy K. Vanderpool | * |
| | * |
| Elizabeth A. Vaughan, Trustee | *Elizabeth A. Vaughan, Esq. |
| | *1709 Spielbusch Avenue |
| Vs. | *Suite 107 |
| | *Toledo, Ohio 43624 |
| Andrew S. Vanderpool | *(419) 241-1969 |
| and | *Sup. Ct. #0016301 |
| Stacy K. Vanderpool | |

COMPLAINT FOR TURNOVER OF PROPERTY, OR, IN THE ALTERNATIVE,
COMPLAINT TO REVOKE DISCHARGE

Now comes Elizabeth A. Vaughan, Trustee, and for her complaint respectfully alleges the following:

**COUNT ONE**

1. That she is the duly qualified and acting Trustee in this case.

2. That this Court has jurisdiction over this adversary proceeding pursuant to 28 USC Section 1334 and 28 USC Section 157.

3. That Plaintiff is informed and believes and therefore alleges that among the property of the estate are the following assets: Federal and State Tax Returns and Refund checks for 2005.

4. That Plaintiff is informed and believes and therefore alleges that each and all of said property of the estate is in possession and under the control of Defendants.

5. That Plaintiff has demanded from Defendants that they turn over to the Trustee said property of the estate but that the Defendants have refused to turn over said property to the Trustee.

6. That Plaintiff is informed and believes and therefore alleges that said property has a fair and reasonable value in the amount in excess of One Thousand Dollars ($1,000.00).

7. That Plaintiff is informed and believes and therefore alleges that the Defendants are preventing the administration and liquidation of said assets at the present time.

## COUNT TWO

      8.  The Plaintiff hereby incorporates herein each and every allegation contained Paragraphs 1 through 7 as if each allegation were rewritten herein.

      9.  That the Debtors have filed a Chapter 7 Petition.

      10.  That at the 341 Meeting of Creditors the Trustee requested turn over of the following as soon as available:     Federal and State Tax Returns and Refund checks for 2005.

      11.  That the Debtors, with intent to hinder, delay or defraud the Trustee, has concealed said property of the estate, after the date of the filing of the Chapter 7 Petition.

      WHEREFORE, Trustee prays that the Defendants be ordered to surrender and deliver possession of the property of the estate described herein to the Trustee forthwith, or, in the alternative, that the discharge of the Debtors herein be revoked, for costs of suit incurred herein, and for such other and further relief as the court deems just and proper.

      Respectfully Submitted,


      /s/ Elizabeth A. Vaughan
      Elizabeth A. Vaughan